UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA PUBLIC FACILITIES
AUTHORITY

VERSUS

THE BANK OF NEW YORK TRUST
COMPANY, N.A., ET AL

CIVIL ACTION

NUMBER 08-368-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the motion to remand [1] shall be GRANTED, and this matter remanded to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

IT IS ORDERED that the request for attorneys' fees and costs shall be DENIED.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 31, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 12.

Doc#45931