UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LOUISIANA PUBLIC FACILITIES
AUTHORITY

CIVIL ACTION

VERSUS

NUMBER 08-368-FJP-DLD

THE BANK OF NEW YORK TRUST
COMPANY, N.A., ET AL

JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, remanding this matter to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, March 31, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

19th JDC - cert.

Doc#45931